1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CARLOS JOAQUIN GONZALEZ,           ) NO. CV 10-7795-R (MAN)
                                       )
12                  Plaintiff,         )
                                       )
13       v.                            ) ORDER ACCEPTING FINDINGS OF
                                       )
14  MICHAEL J. ASTRUE,                 ) AND RECOMMENDATIONS OF
    Commissioner of Social Security,   )
15                                     ) UNITED STATES MAGISTRATE JUDGE
                    Defendant.         )
16  _____ )

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,

19  all of the records herein, and the Report and Recommendation of United

20  States Magistrate Judge ("Report").  The time for filing Objections to

21  the Report has passed, and no Objections have been filed.  The Court

22  accepts the findings and recommendations set forth in the Report.

23

24       IT IS ORDERED that:  the Commissioner's decision is affirmed; and

25  Judgment shall be entered dismissing this action with prejudice.

26

27

28

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
the Judgment herein on the parties.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    Jan. 3, 2012 .

                                    _____
                                         MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE