1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARLOS JOAQUIN GONZALEZ,         ) NO. CV 10-7795-R (MAN)
                                       )
12                  Plaintiff,         )
                                       )
13        v.                           ) JUDGMENT
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15                                     )
                    Defendant.         )
16   _____ )

17

18        Pursuant  to  the  Court's  Order  Accepting  Findings  and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that this action is dismissed with prejudice.

22

23   DATED:   Jan. 3, 2012  .

24

25                                      _____
26                                            MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE
27

28